UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| JESUS ARZOLA AND MAYNOR MARTINEZ, on behalf of themselves and other persons similarly situated, | : : : : | |
| Plaintiffs, | : : | Case No. 2:16-cv-00718-SPC-MRM |
| v. | : : : | |
| RIMAX CONTRACTORS, INC., | : : : | |
| Defendant. | : : | |

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08(a), Defendant Rimax Contractors, Inc. hereby notifies the Court that the parties have reached an agreement to resolve all claims in the above-referenced matter.

**[Signature appears on next page]**

Respectfully submitted,

FORDHARRISON LLP

By: *s/ Luis A. Santos*
Luis A. Santos
Florida Bar No. 84647
lsantos@fordharrison.com
Ashley N. Ward-Singleton
Florida Bar No.89426
awardsingleton@fordharrison.com

101 E. Kennedy Boulevard
Suite 900
Tampa, Florida 33602
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2017, I filed the foregoing using the CM/ECF system, which will automatically send electronic notice to the following:

Roberto Luis Costales
costaleslawoffice@gmail.com
William H. Beaumont
whbeaumont@gmail.com
Emily A. Westermeier
emily.costaleslawoffice@gmail.com
3801 Canal Street, Suite 207
New Orleans, LA 70119

David Hughes Harris
david@harrisjustice.com
8695 College Parkway, Suite 1350
Ft. Myers, FL 33919

*s/ Luis A. Santos*
Attorney

WSACTIVELLP:9463709.1

2